UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  Case Nos. 5:98cr06/LAC/GRJ

DONALD ALLEN
_____/

### ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 11, 2014 (doc. 249).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections (doc. 250).

Having considered the Report and Recommendation, and the objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The motion for a certificate of appealability (doc. 244) is **DENIED**.

3.  The motion for leave to appeal as a pauper (doc. 245) is **DENIED**.

**DONE AND ORDERED** this 26th day of September, 2014.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**